UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA DE JESUS R.R.,[1]

Petitioner,

v.

CHRISTOPHER CHESTNUT, WARDEN OF CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 1:26-cv-03639-TLN-SCR

A# 221-421-676

**RELEASE ORDER**

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 17.) Respondent filed objections to the findings and recommendations objecting for the reasons

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

indicated in their prior responsive pleading. (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED in full and as set forth below.

2. Petitioner's First Amended Petition for Writ of Habeas Corpus (ECF No. 14) is GRANTED:

   a. Respondent shall IMMEDIATELY RELEASE Petitioner Maria de Jesus R.R. (A# 221-421-676) from custody. At the time of release, Respondent must return all of Petitioner's documents and possessions.

   b. Respondent may enroll Petitioner in ICE's Intensive Supervision Appearance Program (ISAP) and impose its standard flight-mitigation conditions

   c. Respondent is ENJOINED from re-arresting or re-detaining Petitioner, while subject to 8 U.S.C. § 1226(a), absent compliance with statutory and constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral factfinder where Respondent demonstrates by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention such that no alternative to detention can mitigate flight risk. At any such hearing, Petitioner shall be allowed to have counsel present.

3. Petitioner's motion to continue (ECF No. 13) is DENIED as moot.

4. The Clerk of the Court is directed to serve **California City Detention Center** with

a copy of this Order, enter judgment in Petitioner's favor, and close the case.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE