# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**MARIA DE JESUS RIVERA RAMIREZ ,**

v.

**CHRISTOPHER CHESTNUT ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−03639−TLN−SCR**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/19/2026 .**

ENTERED: **August 19, 2026**

/s/ **Keith Holland**
Clerk of Court